No. 64041.—Charles Sadek Import Co., Inc. *v.* United States, protest 59/5116 (New York.)

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of switch plates similar in all material respects to those the subject of Abstract 62832, the claim of the plaintiff was sustained.

No. 64042.—Musco & Co. *v.* United States, protest 59/985 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 64043.—American Commercial, Inc., and Freedman & Slater, Inc. *v.* United States, protest 59/7517 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the merchandise, reported by the inspector as manifested, not found, was not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 64044.—Gimbel Bros., Inc., et al. *v.* United States, protests 59/7810, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that the cases, reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the cases of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.